In the Matter of the Application of BARTHOLOMEW DONOVAN, Appellant, for a Peremptory Writ of Mandamus against JACOB J. CANTOR, Individually and as President of the Borough of Manhattan of the City of New York, et al., Respondents.

*Matter of Donovan v. Cantor*, 89 App. Div. 50, appeal dismissed.
(Argued June 2, 1904; decided June 17, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

December 24, 1903, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendants to appoint the relator to the position of superintendent of public baths in the city of New York and dismissed said writ.

*Roger Foster* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *W. B. Crowell* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.